**Mark B. French**
**State Bar No. 07440600**
**Attorney at Law**
**1901 Central Drive, Suite 704**
**Bedford, TX 76021**
**(817) 268-0505 (Telephone)**
**(817) 268-0597 (Telecopier)**

**ATTORNEY FOR NORMAN D. & OLIVIA MATTSON,**
**WILLIAM W. & SANDRA WILSON, ISHAM & CHERE**
**KIMBELL, DAVID & GAIL WHEATON**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Texas
## Dallas Division

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **StatePark Building Group, Ltd.,** | § | **BANKRUPTCY NO.** |
| **et. al.,** | § | **04-33916-HDH-11** |
| | § | **(Jointly Administered)** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Norman D. and Olivia Mattson, William W. and Sandra Wilson, Isham and Chere Kimbell, and David and Gail Wheaton, requests that all pleadings filed and notices given in this case be given and served to the following person:

Mark B. French
Attorney at Law
1901 Central Drive, Suite 704
Bedford, TX 76021

Please take further notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any

pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax or otherwise filed with regard to this case.

Respectfully Submitted,

By: /s/ Mark B. French
    Mark B. French
    State Bar #07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505 (Telephone)
(817) 268-0597 (Telecopier)
mbfrench@flash.net (e-mail)

ATTORNEY FOR NORMAN D. & OLIVIA MATTSON, WILLIAM W. & SANDRA WILSON, ISHAM & CHERE KIMBELL, DAVID & GAIL WHEATON

CERTIFICATE OF SERVICE

      I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service and Notice of Pleadings was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to following:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
1445 Ross Avenue, Suite 4000
Dallas, Texas 75202

William T. Neary
United States Trustee
1100 Commerce Street
Room 9-C-60
Dallas, Texas 75242

StatePark Colleyville Ltd.
4145 Travis Street
Suite 204
Dallas, Texas 75204

C. Thomas Wesner, Jr.
Wesner, Coke & Clymer
One Galleria Tower, Suite 2020
13355 Noel Rd.
Dallas, TX 75240

Anthony A. Petrocchi
Anthony A. Petrocchi, P.C.
1601 Elm St., Suite 1900
Dallas, TX 75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite1600
Dallas, TX 75201

Melissa A. Mitchell
901 Main St., Ste. 3400
Dallas, TX 75202

Michael L. Scanlon
Kane, Russell, Coleman & Logan, P.C.
1601 Elm St., Suite 3700
Dallas, TX 75201

Teri Stewart Mace
1601 Bryan St., 7th Fl
Dallas, TX 75201

                                                            /s/ Mark B. French
                                                             Mark B. French

**Mark B. French**
**State Bar No. 07440600**
**Attorney at Law**
**1901 Central Drive, Suite 704**
**Bedford, TX 76021**
**(817) 268-0505 (Telephone)**
**(817) 268-0597 (Telecopier)**

**ATTORNEY FOR NORMAN D. & OLIVIA MATTSON,**
**WILLIAM W. & SANDRA WILSON, ISHAM & CHERE**
**KIMBELL, DAVID & GAIL WHEATON**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **StatePark Building Group, Ltd.,** | § | **BANKRUPTCY NO.** |
| **et. al.,** | § | **04-33916-HDH-11** |
| | § | **(Jointly Administered)** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Norman D. and Olivia Mattson, William W. and Sandra Wilson, Isham and Chere Kimbell, and David and Gail Wheaton, requests that all pleadings filed and notices given in this case be given and served to the following person:

Mark B. French
Attorney at Law
1901 Central Drive, Suite 704
Bedford, TX 76021

Please take further notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any

pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, fax or otherwise filed with regard to this case.

Respectfully Submitted,

By:   /s/ Mark B. French
      Mark B. French
      State Bar #07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505 (Telephone)
(817) 268-0597 (Telecopier)
mbfrench@flash.net (e-mail)

ATTORNEY FOR NORMAN D. & OLIVIA
MATTSON, WILLIAM W. & SANDRA
WILSON, ISHAM & CHERE KIMBELL, DAVID
& GAIL WHEATON

CERTIFICATE OF SERVICE

      I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service and Notice of Pleadings was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail to following:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
1445 Ross Avenue, Suite 4000
Dallas, Texas 75202

William T. Neary
United States Trustee
1100 Commerce Street
Room 9-C-60
Dallas, Texas 75242

StatePark Colleyville Ltd.
4145 Travis Street
Suite 204
Dallas, Texas 75204

C. Thomas Wesner, Jr.
Wesner, Coke & Clymer
One Galleria Tower, Suite 2020
13355 Noel Rd.
Dallas, TX 75240

Anthony A. Petrocchi
Anthony A. Petrocchi, P.C.
1601 Elm St., Suite 1900
Dallas, TX 75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite1600
Dallas, TX 75201

Melissa A. Mitchell
901 Main St., Ste. 3400
Dallas, TX 75202

Michael L. Scanlon
Kane, Russell, Coleman & Logan, P.C.
1601 Elm St., Suite 3700
Dallas, TX 75201

Notice of Appearance          Page 3
In Re:  StatePark Building Group, Ltd., et. al., Bcy. Case No. 04-33916-HDH-11

Teri Stewart Mace
1601 Bryan St., 7th Fl
Dallas, TX 75201

          /s/ Mark B. French
          Mark B. French