**Mark B. French**
**State Bar No. 07440600**
**Attorney at Law**
**1901 Central Drive, Suite 704**
**Bedford, TX 76021**
**(817) 268-0505 (Telephone)**
**(817) 268-0597 (Telecopier)**

**ATTORNEY FOR NORMAN D. & OLIVIA MATTSON,**
**WILLIAM W. & SANDRA WILSON, ISHAM & CHERE**
**KIMBELL, DAVID & GAIL WHEATON, HAROLD &**
**JUDY HICKMAN**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| **IN RE:** § | | |
| **StatePark Building Group, Ltd.,** § | | **BANKRUPTCY NO.** |
| **et. al.,** § | | **04-33916-HDH-11** |
| § | | **(Jointly Administered)** |
| § | | |
| **DEBTORS** § | | **CHAPTER 11** |

### STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

The undersigned, as counsel for Norman D. and Olivia Mattson, William W. and Sandra Wilson, Isham and Chere Kimbell, David and Gail Wheaton and Harold and Judy Hickman, files this statement pursuant to Bankruptcy Rule 2019 and would respectfully show the Court as follows:

1.

The Names and Addresses of the Creditors Represented

I have been retained to represent the following creditors in this case:

Isham & Chere Kimbell
3986 Witten Drive
Colleyville, Texas 76034

Norman D. & Olivia Mattson
3967 Holiday Drive
Colleyville, Texas 76034

David & Gail Wheaton
3979 Witten Drive
Colleyville, Texas 76034

William W. & Sandra Wilson
3982 Witten Drive
Colleyville, Texas 76034

Harold & Judy Hickman
3975 Witten Drive
Colleyville, Texas 76034

2.

The Nature and Amounts of the Claims or Interests

Each of my Clients owns a town home in the development known as Spring Garden, which was developed by State Park Colleyville, Ltd.  My Clients' claims arise from the acts and omissions of that developer and arose between their first contact with the project and the filing of this case.  The claims are described in greater detail in the Claims that have been or will be filed on behalf of each of my Clients.  The approximate amounts of the Claims are as follows:

| Claimant | Amount |
|---|---|
| Isham and Chere Kimbell | $52,036 |
| Norman D. and Olivia Mattson | $104,820 |
| David and Gail Wheaton | $101,686 |
| William W. and Sandra Wilson | $61,686 |
| Harold and Judy Hickman | $76,686 |

3.

<u>My Employment</u>

I have been employed by each of these homeowners to represent their interests in this case. With respect to each homeowner listed, I have been employed within the last 45 days. I do not personally own any claims against the Debtor in this matter.

4.

<u>Legal Services Agreement</u>

Each of my Clients has signed a Legal Services Agreement in substantially the form attached as Exhibit "A".

    Respectfully Submitted,

By:   /s/ Mark B. French
      Mark B. French
      State Bar #07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505 (Telephone)
(817) 268-0597 (Telecopier)
mbfrench@flash.net (e-mail)

ATTORNEY FOR ISHAM & CHERE KIMBELL, NORMAN D. & OLIVIA MATTSON, DAVID & GAIL WHEATON, WILLIAM W. & SANDRA WILSON, HAROLD & JUDY HICKMAN

I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Mark B. French
    Mark B. French

## CERTIFICATE OF SERVICE

      I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing Statement Pursuant to Bankruptcy Rule 2019 was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to following:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
1445 Ross Avenue, Suite 4000
Dallas, Texas 75202

William T. Neary
United States Trustee
1100 Commerce Street
Room 9-C-60
Dallas, Texas 75242

StatePark Colleyville Ltd.
4145 Travis Street
Suite 204
Dallas, Texas 75204

C. Thomas Wesner, Jr.
Wesner, Coke & Clymer
One Galleria Tower, Suite 800
13355 Noel Rd.
Dallas, TX 75240-5040

Anthony A. Petrocchi
Anthony A. Petrocchi, P.C.
1601 Elm St., Suite 1900
Dallas, TX 75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite1600
Dallas, TX 75201

Melissa A. Mitchell
901 Main St., Ste. 3400
Dallas, TX 75202

Michael L. Scanlon
Kane, Russell, Coleman & Logan, P.C.
1601 Elm St., Suite 3700
Dallas, TX 75201

Teri Stewart Mace
1601 Bryan St., 7th Fl
Dallas, TX 75201

William Chris Wolffarth
Johnson and Wolffarth
500 N. Akard St., Suite 3960
Dallas, TX 75201-3320

Alan S. Trust
Trust Law Firm
1201 Elm St., Suite 5270
Dallas, TX 75270

Victoria B. Tutterrow
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1496


                                              /s/ Mark B. French
                                              Mark B. French