**Mark B. French**
**State Bar No. 07440600**
**Attorney at Law**
**1901 Central Drive, Suite 704**
**Bedford, TX 76021**
**(817) 268-0505 (Telephone)**
**(817) 268-0597 (Telecopier)**

**ATTORNEY FOR NORMAN D. & OLIVIA MATTSON,**
**WILLIAM W. & SANDRA WILSON, ISHAM & CHERE**
**KIMBELL, DAVID & GAIL WHEATON and HAROLD**
**& JUDY HICKMAN**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **StatePark Building Group, Ltd.,** | § | **BANKRUPTCY NO.** |
| **et. al.,** | § | **04-33916-HDH-11** |
| | § | **(Jointly Administered)** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### STATE PARK COLLEYVILLE HOMEOWNERS RESPONSE TO THE
### CHAPTER 11 TRUSTEE'S OBJECTION TO THEIR CLAIMS

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

Norman D. & Olivia Mattson, William W. & Sandra Wilson, Isham & Chere Kimball, David & Gail Wheaton and Harold & Judy Hickman (collectively the "Residents") file this Response to the Objection to their Claims filed by the Chapter 11 Trustee and would respectfully show the Court as follows:

1.

RESPONSE TO TRUSTEE'S ALLEGATIONS

1. The Residents admit the allegations in Paragraph 1 of the Trustee's Objection.

2. The Residents admit the allegations in Paragraph 2 of the Trustee's Objection.

3. In response to Paragraph 3 of the Trustee's Objection, the Residents would show the Court that they paid more for their homes than they are now worth. The homes sold by the Trustee in the Spring Garden development were sold for less then the Residents paid for their homes. Were it not for the actions of State Park Colleyville, Ltd., the developer of the Spring Garden community the home of the Residents would be worth the amounts they paid for them or more. The Residents deny any remaining allegations in Paragraph 3 of the Trustee's Objection.

4. In response to Paragraph 4 of the Trustee's Objection, the Residents admit that Perry Homes in now building homes in the Spring Garden development. The Residents further admit that this activity improves the value of their homes and reduces any further losses that they might have suffered. The Residents deny any further allegations in Paragraph 4 of the Trustee's Objection.

5. The Residents deny the allegations in Paragraph 5 of the Trustee's Objection.

      Respectfully Submitted,

By:   <u>Mark B. French</u>
      Mark B. French
      State Bar #07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505 (Telephone)
(817) 268-0597 (Telecopier)
mbfrench@flash.net (e-mail)

ATTORNEY FOR NORMAN D. & OLIVIA MATTSON, WILLIAM W. & SANDRA WILSON, ISHAM & CHERE KIMBELL, DAVID & GAIL WHEATON

CERTIFICATE OF SERVICE

      I, Mark B. French, do hereby certify that a true and correct copy of the above and foregoing pleading was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail to following:

Davor Rukavina
Munsch, Hardt, Kopf & Harr
1445 Ross Avenue, Suite 4000
Dallas, Texas 75202

William T. Neary
United States Trustee
1100 Commerce Street
Room 9-C-60
Dallas, Texas 75242

StatePark Colleyville Ltd.
4145 Travis Street
Suite 204
Dallas, Texas 75204

C. Thomas Wesner, Jr.
Wesner, Coke & Clymer
One Galleria Tower, Suite 800
13355 Noel Rd.
Dallas, TX 75240-5040

Anthony A. Petrocchi
Anthony A. Petrocchi, P.C.
1601 Elm St., Suite 1900
Dallas, TX 75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite1600
Dallas, TX 75201

Melissa A. Mitchell
901 Main St., Ste. 3400
Dallas, TX 75202

Michael L. Scanlon
Kane, Russell, Coleman & Logan, P.C.
1601 Elm St., Suite 3700
Dallas, TX 75201

Teri Stewart Mace
1601 Bryan St., 7th Fl
Dallas, TX 75201

                                                  /s/ Mark B. French
                                                  Mark B. French